# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

LOOP LLC

VERSUS

EXXONMOBIL CORPORATION AND
SHELL OIL COMPANY

NO.  2020 CW 1193

**FEBRUARY 01, 2021**

---

In Re:    Exxon Mobil Corporation, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 138889.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** We decline to exercise this court's supervisory jurisdiction. Relator will have an adequate remedy by review on appeal after a final judgment is rendered. See La. R.S. 19:13.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT